IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40887
Summary Calendar
_____

ROBERTO GARCIA, also known as
ROBERT N. GARCIA,

                                        Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-V-94-41
- - - - - - - - - -
April 18, 1996
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Roberto Garcia appeals the district court's grant of summary
judgment affirming the Commissioner of Social Security's
determination that Garcia is not disabled within the meaning of
the Social Security Act.  He argues that his injuries meet the
criteria of a listed impairment, that the ALJ gave insufficient
weight to his subjective complaints of pain, that the ALJ posed a
faulty hypothetical to the vocational expert, and that there was

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

not substantial evidence that there were jobs available in the national economy that he was capable of performing.  Our review of the arguments and the record reveals no error.  <u>See</u> <u>Villa v. Sullivan</u>, 895 F.2d 1019, 1021 (5th Cir. 1990).

AFFIRMED.